TO: **Clerk's Office**
**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**



**APPLICATION FOR LEAVE
TO FILE DOCUMENT UNDER SEAL**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

United States of America

-v.-

Halima Salman, also known as
"Umm al-Khattab al-Muhajir"

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Docket Number: 24-MJ-350

SUBMITTED BY: Plaintiff____ Defendant____ DOJ ✓
Name: Amanda Shami
Firm Name: U.S. Attorney's Office: Eastern District of New York
Address: 271-A Cadman Plaza East
Brooklyn, NY 11201
Phone Number: 718-254-7528
E-Mail Address: amanda.shami@usdoj.gov

INDICATE UPON THE PUBLIC DOCKET SHEET: YES____ NO ✓
**If yes, state description of document to be entered on docket sheet:**

**A) If pursuant to a prior Court Order:**
Docket Number of Case in Which Entered:_____
Judge/Magistrate Judge:_____
Date Entered:_____

**B) If a new application,** the statute, regulation, or other legal basis that authorizes filing under seal

ongoing criminal investigation

**ORDERED SEALED AND PLACED IN THE CLERK'S OFFICE, AND MAY NOT BE UNSEALED UNLESS ORDERED BY THE COURT.**

DATED: Brooklyn, NEW YORK

*Vera M. Scanlon 5/6/24*

**U.S. MAGISTRATE JUDGE**

RECEIVED IN CLERK'S OFFICE_____
                              DATE

**MANDATORY CERTIFICATION OF SERVICE:**
**A.)** ___ A copy of this application either has been or will be promptly served upon all parties to this action, **B.)** ___ Service is excused by 31 U.S.C. 3730(b), or by the following other statute or regulation:_____; or **C.)** ✓ This is a criminal document submitted, and flight public safety, or security are significant concerns. (Check one)

5/6/2024
DATE

*Amanda Shami*
SIGNATURE