# EXHIBIT A

## PROPOSED SURETIES

**Suretor 1**

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

**Suretor 2**

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

**Suretor 3**

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

**Suretor 4**

███████████████
███████████
██████████████
████████████████████████
█████████
████████████████

**Suretor 5**

████████████████
██████████████████████
███████████████████████
████████████████████████████
██████████
████████████████

**Suretor 6**

██████████████
█████████████
███████████████████
██████████████████
████████████
████████████████

**Suretor 7**

████████████████
███████████████

**Suretor 8**

██████████████
████████████

**Suretor 9**

██████████████
████████████

**Suretor 10**

████████████████
████████████

# EXHIBIT B

May 8, 2024

Dear Judge,

Halima Salman is not the person the U.S. Attorney's Office is making her out to be. The prosecution has never lived with Halima, they never traveled with Halima, nor have they worked with Halima. My name is ███████████ I have spent many nights with Halima and her family. I've taught Halima, and I've worked with Halima on many projects. It saddens me to see how a stranger's words can carry so much weight over another individual.

At a young age, we are taught to respect our parents, as they care for us, they nurture us and provide for us. Therefore, our parents have earned our respect. For these reasons, we love our parents and listen to our parents. Halima is the victim here. She was in the care of her elder. She respected her elder and did what she was told to do.

The Halima, who was my neighbor in Egypt for over 3 years was a kind, giving, responsible, trustworthy, smart, god-fearing young woman, who also had self-confidence issues due to being bullied and ridiculed by others. Halima was eager to help and she is an amazing cook.

While living in Egypt, I started a program called, 'It Takes a Village'. Halima was a part of the program. The program included etiquette courses, public-speaking, courses on having good manners along with cooking and other activities. Similar to a debutante preparing for a cotillion. In this program, I saw Halima and the other teenage girls flourish. They visited the sick and elderly in the neighborhood and played Candyland with them. Till this day, my 88 year old companion whom they visited that day, remembers those girls and how they made her so happy from that visit. On many days, we'd have gatherings just to sit and crochet, even in formal wear. When her maternal grandmother visited, we had yet another crochet party and we sat and crocheted until very late at night.

We often took turns making dinner for each other and having sleep overs. We spent time together at Ruqayyah's Ranch in Egypt, at parks and at the sea. Not once in all of these years had I ever heard Halima, her mother or any of her siblings mention joining or being a part of any activity that is circulating in the news. Not once!

Imagine a child, a 17 year old child, with breaks in their education, only following the path of their guardian. Imagine that they are taken from the comfort of their home to a foreign

land under the authority of other men. Then imagine that your father dies and you are separated from your mother and are amongst strangers. How do you survive? I don't know what it was like where Halima and her family were and I pray that I never in my life have to experience such an ordeal nor my children.

Halima needs someone to hug her, love her and let her know that she is worth it and that she will be okay. She should not be in a cell, further isolated from the people who do love her. The people whose hearts are broken because a part of them is still missing. Halima is not a threat, nor a flight risk. Where will she go from here? I ask you to consider what she has been through. Consider where you were at the age of 17. At 17 years old, I was anticipating graduating from high school to become a lawyer just like the prosecutors likely were. While Halima was taken to this place by her guardian. She wasn't given the opportunity that we were given. I don't know what her experience was like and I can't imagine it. But I don't think anyone in your courtroom can believe that she had a way out, to oppose the one person who cared and provided for her, then give her away to the next person who was put in a position to care and provide for her. She didn't and she deserves another chance. She is safer with her family and resources needed to help her reach her full potential in establishing herself back here in her country. To grow and develop with people who love her and care for her. Please give her this opportunity.

Best regards,

██████████
████████

# EXHIBIT C



*From: Parents for Peace*

*To: Samuel Jacobson*

Date: May 9, 2024

**<u>Overview of Parents for Peace's Services:</u>**

  Parents For Peace (PFP) is a registered not-for-profit organization whose mission is to ensure that individuals, families, and communities today are educated and equipped with tools to be effective first responders to malevolent forms of radicalization. We are an alliance of parents of extremists, former extremists, survivors of extremism, researchers, and interventionists who have significant experience working with individuals engaged in extremist movements regardless of their ideology. Over the past eight years, PFP has assisted hundreds of parents, siblings, friends, and other loved ones to help individuals disengage from a wide variety of extremist ideologies and movements.

  PFP's most impactful works directly and indirectly with individuals exiting violent extremist movements. Our intervention teams have received training in mental health, peer support, and related fields and have years of experience dealing with people leaving violent extremist movements. This intervention team engages with the individual by establishing a rapport, and then leverages that relationship to encourage disengagement from a violent extremist ideology. We work with families to encourage positive relationships and with institutions to encourage an environment that supports a sustained disengagement from violent extremist ideology.

  We have testified to the United Nations, United States Department of Defense, Senate, and Congress, and have extensive experience in the field of counter violent extremism. We are non-partisan, follow a clear protocol related to data disclosure and protection, and are protected by liability insurance.

  In the case of Halima Salman, we are offering our direct and indirect intervention services on a schedule that is acceptable to the Court. The goal of these services is to support a sustained disengagement from violent extremist ideology. With our direct services with Halima, we would help guide her away from violent extremist thought through peer support and reinforcing pro-social coping skills. With our indirect services, we would help the family strengthen their bonds with Halima and develop a system that support her.



  We are happy to connect with counsel and move ahead with formalizing our involvement.

*Kevin Lambert*

Kevin Lambert
Program Director
Parents for Peace