# EXHIBIT D

Dear Magistrate Judge Robert Levy,


I am writing on behalf of Halima Salman. My name is ▮▮▮▮▮▮▮▮▮▮ and I have known Halima and her family since Halima was 11 years old.  Halima spent many days visiting my house, and I have travel with her family. While spending time with Halima and her family and I have learned about  her nice personality. She is helpful, caring, very family orientated. I don't believe the accusation fits her personality, nor would she be able to handle life without her family. Therefore, she is not risk of flight.

Since, Halima and her family arrived her mom, has told me how much Halima misses many of us, she has not seen for so long, and she wants to visit us and spend time with my children and many of her former friends. If I felt Halima was a threat I would not ask you to allow her to be free. She has never exhibited violent ideology nor does it fit her personality.

Regarding Halima's relationship with her father, I witnessed her respect for him, when he told her to do something,  even when she did not want to, she would obey. But, I feel she was afraid to ever disobey him.

If you give her the chance, Halima will prove that she will improve society. I have always seen her blossom as a flower.

Thank you for your time and consideration.

Sincerely, ▮▮▮▮▮▮▮▮

# EXHIBIT E

Dear Judge:

At the time, Halima was not just a dear friend but my closest confidante. Our bond was shared in the kitchen, where our shared love for cooking and talking about our lives. Photography was another passion we both held dear, as far as nature and scenery in Alexandria Egypt.

As I juggled parenthood with school and Arabic classes, Halima selflessly stepped in to care for my little one, her warmth and kindness radiating through every interaction. In Halima, I found not just a friend, but a kindred spirit who illuminated my world with her genuine goodness and unwavering friendship. She was and is my bestfriend. Our friendship was wholesome and we shared love for arts.

Regards,

█████████